IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Civil No. 1:08-CR-413 |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN A. IORIO,** | : | Judge Sylvia H. Rambo |

# O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant John A. Iorio's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Docs. 34, 37) is **DENIED.**

>                                                */s/ Sylvia H. Rambo*
>                                                SYLVIA H. RAMBO
>                                                United States District Judge

Dated: August 6, 2020